*In re* CONFERENCIA JUDICIAL DE PUERTO RICO.

*Número:* EC-2004-01          *Resuelto:* 17 de junio de 2004

## RESOLUCIÓN

Se convoca a los jueces del Tribunal General de Justicia y a los miembros de la Conferencia Judicial a la Vigésimo Tercera Sesión Ordinaria de la Conferencia Judicial, que habrá de celebrarse el viernes 9 de julio de 2004 en el Salón de Actos del Tribunal de Apelaciones.

Los Jueces Administradores, en consulta con los jueces de sus respectivas regiones judiciales, tomarán las medidas necesarias para que el mayor número de éstos pueda asistir a la Conferencia Judicial, sin afectar los calendarios de asuntos urgentes que deban ser atendidos durante este día. Además, se tomarán las medidas de rigor para que las labores de investigación y de determinación de causa probable sean atendidas adecuadamente. El sistema de turnos correspondientes a este período será notificado con suficiente antelación a los Fiscales de Distrito y a las Comandancias de Zona de la Policía.

Se coordinará con la Directora Administrativa de los Tribunales la implantación de las medidas que sean necesarias, a los fines de cumplir con lo dispuesto en el párrafo precedente.

Se instruye a la Directora Interina del Secretariado de la Conferencia Judicial a realizar todas las gestiones y los trabajos de coordinación requeridos para esta Conferencia.

Los trabajos de la Vigésimo Tercera Sesión Ordinaria de la Conferencia Judicial de Puerto Rico se regirán por la siguiente agenda:

*Sesión de la mañana*

7:30  Registro de participantes, invitados e invitadas a la Conferencia Judicial

8:30    Sesión de apertura de la Conferencia: Mensaje sobre el Estado de la Implantación de la Ley de la Judicatura
Hon. Miriam Naveira Merly, Jueza Presidenta

9:00    Sesión Plenaria: Proyectos o Medidas de Reforma Judicial
*Primer Panel: Comité para la Revisión de los Cánones de Ética Judicial*
Hon. Federico Hernández Denton, Presidente
*Segundo Panel: Comité de Revisión de las Reglas de Procedimiento de Disciplina de Jueces y Juezas*
Hon. Aida N. Molinary, Presidenta

10:00  Sesión de discusión

10:15  Receso

10:45  *Tercer Panel: Junta de Educación Jurídica Continua*
Dr. Efraín González Tejera, Presidente
*Cuarto Panel: Educación Continua de Jueces y Juezas*
Hon. Liana Fiol Matta, Decana de la Academia Judicial

11:45  Sesión de discusión

12:00  Almuerzo

*Sesión de la tarde*

2:00    Continuación de los trabajos de la Sesión Plenaria
*Quinto Panel: Comité para el Estudio de la Asignación de Abogados y Abogadas de Oficio*
Hon. Dolores Rodríguez de Oronoz, Presidenta

*Sexto Panel: Recomendaciones de la Comisión de Acceso a la Justicia*
Lcdo. José Alberto Morales, Presidente
*Séptimo Panel: Medidas de Reforma en el Tribunal de Apelaciones*
Hon. Dolores Rodríguez de Oronoz, Jueza Administradora del Tribunal de Apelaciones

3:30   Sesión de discusión

3:45   Receso

4:00   Mensaje de clausura: Proyecciones y Recomendaciones
Hon. Miriam Naveira Merly, Jueza Presidenta

4:30   Clausura de los trabajos

Los procedimientos durante la Conferencia Judicial se regirán por las reglas siguientes:

1. La Jueza Presidenta llamará al orden y declarará constituida la Conferencia Judicial, para comenzar sus trabajos.

2. Los teléfonos celulares deberán mantenerse apagados o en su modalidad silenciosa.

3. La Directora Administrativa de los Tribunales, Hon. Lirio Bernal Sánchez, se desempeñará como la Secretaria de la Conferencia Judicial y será la moderadora a cargo de presentar la agenda de los trabajos del día.

4. Podrán participar en la discusión plenaria, los jueces, los miembros de la Conferencia Judicial y los invitados.

5. El tiempo concedido para los turnos durante la discusión plenaria estará limitado, conforme al número de participantes, para permitir la participación del mayor número posible de personas.

6. La Jueza Presidenta podrá declarar fuera de orden cualquier planteamiento que no sea pertinente a los temas de la Conferencia Judicial.

7. Los comentarios y las sugerencias que se presenten durante la Sesión Plenaria y posterior a ésta serán objeto de estudio y análisis por el Secretariado de la Conferencia Judicial, la Oficina de Administración de los Tribunales y el Tribunal Supremo.

8. La Secretaria del Tribunal Supremo y el Alguacil del Tribunal Supremo, al igual que la Directora Interina del Secretariado de la Conferencia Judicial, los Asesores Legales y el personal del Secretariado, y otro personal designado, asistirán al Tribunal y a los participantes de la Conferencia Judicial, durante los preparativos y los trabajos.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rebollo López no intervino.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*